JOHN J. TOWNSEND, *Respondent, v.* THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, *Appellant.* — Judgment modified as directed in opinion. Opinion by DAVIS, P. J.

BERNARD S. BARAC, *Respondent, v.* EDWARD NEUSS and SAMUEL A. HESSLEIN, *Appellants.* — Judgment affirmed. Opinion by DWIGHT, J.

NICHOLAS H. BABCOCK, *Appellant, v.* JOSEPH EMRICH and another, *Respondents.* — Judgment affirmed, with costs. Opinion by DAVIS, P. J.

MARTHA F. SPERRY, *Appellant, v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Respondent.* — Judgment affirmed. Opinion by DWIGHT, J., and by DANIELS, J., dissenting.

EBENEZER GORDON, *Respondent, v.* THE SCOVILL MANUFACTURING COMPANY, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J., and by DAVIS, P. J., dissenting

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM F. QUINN, *v.* WILLIAM R. GRACE, *Mayor of the City of New York.* — Writ discharged. Opinion by DWIGHT, J.

IN THE MATTER OF PETER A. H. JACKSON. — Decree affirmed with costs of appeal against the trustee personally. Opinion by DWIGHT, J.

JOHN MEEHAN, *Respondent, v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Appellants.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DWIGHT, J.

LOUIS DE V. WILDER, *Appellant, v.* LA FAYETTE RANNEY and another, *as Executors, etc., Respondents.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

JOHN B. MANNING, *Respondent, v.* BERNARD REILLY, *Sheriff, etc., Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DWIGHT, J.

THE PRESIDENT, ETC., OF THE BANK OF MOBILE, *Respondent, v.* THE PHŒNIX INSURANCE COMPANY, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DWIGHT, J.

LOUISE J. VAN BUSKIRK, *Appellant, v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Respondent.* — Judgment affirmed. Opinion by DAVIS, P. J., and DANIELS, J.

GUSTAV PANTZAR, *Respondent, v.* THE TILLY FOSTER IRON MINING COMPANY, *Appellant* — Judgment and order affirmed. Opinion by DANIELS, J.

THE SOCIETY FOR THE REFORMATION OF JUVENILE DELINQUENTS IN THE CITY OF NEW YORK, *Respondents, v.* GEORGE NEMBACK, *Appellant, Impleaded, etc.* — Order affirmed, with costs. Opinion by DWIGHT, J.

JAMES G. JOHNSON, *Respondent, v.* BERNARD REILLY, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.